```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

REICH BROS., LLC AND
AARON EQUIPMENT COMPANY, INC.                    CIVIL ACTION

V.                                               NO. 18-3163

RYAN T. CHERAMIE, OCEAN                          SECTION "F"
MARINE RECYCLING, LLC, OCEAN
MARINE CONTRACTORS, LLC,
CHERAMIE COMMERCIAL RENTALS, LLC,
AND JNG ENTERPRISE, LLC

                          ORDER AND REASONS

   Before the Court is the plaintiffs' motion for a temporary restraining order. Pursuant to the findings below, the motion is GRANTED.

   The Court finds that the plaintiffs have shown a substantial likelihood of success on the merits of his claim for breach of contract and for conversion or illegal seizure. The Court finds that the defendants will cause the plaintiff irreparably injury if Cheramie is not enjoined from destroying the remaining 10 tanks, valued at $50,000 each, which purportedly belongs to the plaintiffs, and from selling the piles of stainless steel from the 68 tanks he has already destroyed.[1] The tanks already dismantled

---

[1] The plaintiffs allegedly owned 78 stainless steel 45,000 gallon tanks, and were storing them on Cheramie's property in Terrebonne Parish. On or before March 20, 2018, Cheramie began destroying the tanks. An employee of the plaintiffs witnessed the destruction of the tanks and contacted the Terrebonne Parish Sherriff's Office. The Sheriff stopped all activities on the evening on March 20, 2018. Regardless, Cheramie personally authorized the crews to

have a fair market value of over $3 million, and the value of their scrap metal is substantially less. The value of the remaining tanks is $600,000.

At the time of the filing of the TRO, the plaintiff had made reasonable efforts to determine the contact information of Cheramie's counsel, and had contacted Cheramie's former counsel and the other defendants' counsel in an effort to alert Cheramie of the complaint and request for the TRO. Because of the time sensitivity of the issue, and Cheramie's knowledge of the dispute regarding the dismantling of the tanks, the Court finds it appropriate to issue this TRO without notice.

IT IS ORDERED: that the defendants are restrained from: (1) dismantling, scrapping, moving, destroying, or otherwise exercising any possession or control over any stainless steel tanks that are at the Facility, or on Tracts 2, 3, or 4; (2) dismantling, scrapping, moving, destroying, or otherwise exercising any possession or control over any stainless steel tanks that are at the Facility on which the tanks were located; (3) disposing of any additional amounts of stainless steel and/or any tanks that have already been scraped and/or dismantled; and (4) engaging in any activities designed to prevent Plaintiffs' access to or ability to

---

return to the site and continue to dismantle the stainless-steel tanks on March 21, 2018.

remove any remaining tanks or scrap from any portion of the facility.

IT IS FURTHER ORDERED that a hearing to determine whether the plaintiff is entitled to preliminary and/or permanent injunctive relief shall take place on April 9, 2018 at 10:00 a.m.

IT IS FURTHER ORDERED that the defendants' opposition papers are due Wednesday, April 4, 2018 by 5 p.m.

IT IS FURTHER ORDERED that the temporary restraining order shall expire within 14 days after the date and time of its entry unless extended for good cause by a proper motion.

IT IS FURTHER ORDERED that bond payment of costs and damages that may be incurred by any party found to be wrongfully restrained is waived.

New Orleans, Louisiana, March 26, 2018, 12:00 p.m.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE